AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

BERNARDO ROJAS

APPEARANCE

CASE NUMBER: 1:06 M123A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for BERNARDO ROJAS

I certify that I am admitted to practice in this court.

11-06-06
*Date*

[signature]
*Signature*

Charles A. Tamuleviz #6115
*Print Name* *Bar Number*

144 Westminster St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401 490 2939 401 490 2940
*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.