AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.

BERNARDO ROJAS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06M123A

I, BERNARDO ROJAS, charged in a ☒ complaint ☐ petition pending in this District with possession of a firearm by an illegal alien in violation of Title 18, U.S.C., 922(g)(5),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

Bernardo Rojas
*Defendant*

11-09-06
*Date*

[signature]
*Counsel for Defendant*